# EXHIBIT A

**EXHIBIT A**

EXHIBIT A - 000004



**CT Corporation**
**Service of Process Notification**
02/15/2023
CT Log Number 543232508

## Service of Process Transmittal Summary

**TO:** Maria Padilla
Kimberly Clark Corp.
2100 County Road II
Neenah, WI 54956-1860

**RE:** Process Served in California

**FOR:** Kimberly-Clark Corporation  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Kim Christiansen // To: Kimberly-Clark Corporation |
| **CASE #:** | 22CV019279 |
| **NATURE OF ACTION:** | Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 02/15/2023 at 11:36 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/15/2023, Expected Purge Date: 02/20/2023 |
| | Image SOP |
| | Email Notification,  Kimberly Clark Legal  Served._Legaldocuments@kcc.com |
| | Email Notification,  Maria Padilla  maria.padilla@kcc.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
330 N BRAND BLVD
STE 700
GLENDALE, CA 91203
866-665-5799
SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1



# PROCESS SERVER DELIVERY DETAILS

| Date: | Wed, Feb 15, 2023 |
| Server Name: | Eruvey Diaz |

| Entity Served | KIMBERLY-CLARK CORPORATION |
|---|---|
| Case Number | 22cv019279 |
| Jurisdiction | CA |

| Inserts |
|---|
|   |



SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Kimberly-Clark Corporation; Target Corporation; Does 1 to 21

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Kim Christiansen

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California
County of Alameda
10/11/2022
Chad Finke, Executive Officer / Clerk of the Court
By: _____G. Fu_____ Deputy

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Hayward Hall of Justice
24405 Amador Street
Hayward CA 94544

**CASE NUMBER:**
*(Número del Caso):*
22CV019279

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Scott M. Harris 220906                                    925-426-2379
4300 Black Ave., #1750 Pleasanton CA 94566
                                                          Chad Finke, Executive Officer / Clerk of the Court

DATE: 10/11/2022                      Clerk, by _____G. Fu_____, Deputy
*(Fecha)*                             *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

EXHIBIT A - 000007

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Scott M. Harris 220906<br>Harris Law, A Professional Law Corporation<br>4300 Black Ave., #1750<br>Pleasanton CA 94566<br>TELEPHONE NO: 925-426-2379    FAX NO. (Optional): 925-426-9313<br>E-MAIL ADDRESS (Optional): scott.harris@harrislawcorp.com<br>ATTORNEY FOR (Name): Kim Christiansen | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Alameda<br>10/07/2022 at 01:48:27 PM<br>By: Angela Linhares,<br>Deputy Clerk |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 24405 Amador Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Hayward 94544<br>BRANCH NAME: Hayward Hall of Justice | |
| PLAINTIFF: Kim Christiansen<br>DEFENDANT: Kimberly-Clark Corporation; Target Corporation<br>☑ DOES 1 TO 21 | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED (Number):<br>Type (check all that apply):<br>☐ MOTOR VEHICLE    ☑ OTHER (specify): products liability<br>    ☐ Property Damage    ☐ Wrongful Death<br>    ☑ Personal Injury    ☐ Other Damages (specify): | CASE NUMBER:<br>22CV019279 |
| Jurisdiction (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE<br>    Amount demanded ☐ does not exceed $10,000<br>                    ☐ exceeds $10,000, but does not exceed $25,000<br>☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>    ☐ from limited to unlimited<br>    ☐ from unlimited to limited | |

1. Plaintiff (name or names): Kim Christiansen
   alleges causes of action against defendant (name or names):
   Kimberly-Clark Corporation; Target Corporation
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

|  | PLD-PI-001 |
|---|---|
| SHORT TITLE:<br>Christiansen v Kimberly Clark Corporation; Target | CASE NUMBER: |

4. ☐ Plaintiff (name):
    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
    a. ☑ except defendant (name): **Kimberly-Clark Corporation**   c. ☐ except defendant (name):
        (1) ☐ a business organization, form unknown              (1) ☐ a business organization, form unknown
        (2) ☑ a corporation                                       (2) ☐ a corporation
        (3) ☐ an unincorporated entity (describe):                (3) ☐ an unincorporated entity (describe):

        (4) ☐ a public entity (describe):                         (4) ☐ a public entity (describe):

        (5) ☐ other (specify):                                    (5) ☐ other (specify):


    b. ☑ except defendant (name): **Target Corporation**           d. ☐ except defendant (name):
        (1) ☐ a business organization, form unknown              (1) ☐ a business organization, form unknown
        (2) ☑ a corporation                                       (2) ☐ a corporation
        (3) ☐ an unincorporated entity (describe):                (3) ☐ an unincorporated entity (describe):

        (4) ☐ a public entity (describe):                         (4) ☐ a public entity (describe):

        (5) ☐ other (specify):                                    (5) ☐ other (specify):

    ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
    a. ☑ Doe defendants (specify Doe numbers): **1-21**            were the agents or employees of other named defendants and acted within the scope of that agency or employment.
    b. ☑ Doe defendants (specify Doe numbers): **1-21**            are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):



8. This court is the proper court because
    a. ☐ at least one defendant now resides in its jurisdictional area.
    b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
    d. ☐ other (specify):



9. ☐ Plaintiff is required to comply with a claims statute, **and**
    a. ☐ has complied with applicable claims statutes, **or**
    b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Christiansen v Kimberly Clark Corporation; Target | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [ ] Motor Vehicle
    b. [✓] General Negligence
    c. [✓] Intentional Tort
    d. [✓] Products Liability
    e. [ ] Premises Liability
    f. [ ] Other *(specify):*

11. Plaintiff has suffered
    a. [✓] wage loss
    b. [ ] loss of use of property
    c. [✓] hospital and medical expenses
    d. [✓] general damage
    e. [ ] property damage
    f. [✓] loss of earning capacity
    g. [ ] other damage *(specify):*

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [✓] compensatory damages
       (2) [ ] punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) [✓] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 10/7/22

Scott M. Harris
(TYPE OR PRINT NAME)

▶ /s/ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

EXHIBIT A - 000010

PLD-PI-001(2)

| SHORT TITLE:<br>Christiansen v Kimberly Clark Corporation; Target | CASE NUMBER: |
|---|---|

First _____ **CAUSE OF ACTION—General Negligence**     Page _____
        (number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Kim Christiansen

alleges that defendant *(name):* Kimberly-Clark Corporation; Target Corporation

☑ Does 1 to 21

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: 10/08/20
at *(place)*: Alameda County

*(description of reasons for liability):*
Plaintiff purchased Defendants product, Cottonelle Flushable Wipes, which caused personal injuries to Plaintiff.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

EXHIBIT A - 000011

PLD-PI-001(5)

| SHORT TITLE: Christiansen v Kimberly Clark Corporation; Target | CASE NUMBER: |
|---|---|

**Second** _____ **CAUSE OF ACTION—Products Liability**   Page _____
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Kim Christiansen

Prod. L-1. On or about *(date):* 10/08/20   plaintiff was injured by the following product:
**Cottonelle Flushable Wipes**

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
  [✓] used in the manner intended by the defendants.
  [✓] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
  [✓] purchaser of the product.        [ ] user of the product.
  [ ] bystander to the use of the product.   [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [✓] **Count One—Strict liability** of the following defendants who
  a. [✓] manufactured or assembled the product *(names):*
      **Kimberly-Clark Corporation**
      [✓] Does 1 _____ to 21 _____
  b. [✓] designed and manufactured component parts supplied to the manufacturer *(names):*
      **Kimberly-Clark Corporation**
      [✓] Does 1 _____ to 21 _____
  c. [✓] sold the product to the public *(names):*
      **Kimberly-Clark Corporation; Target Corporation**
      [✓] Does 1 _____ to 21 _____

Prod. L-5. [✓] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
  **Kimberly-Clark Corporation; Target Corporation**
  [✓] Does 1 _____ to 21 _____

Prod. L-6. [✓] **Count Three—Breach of warranty** by the following defendants *(names):*
  **Kimberly-Clark Corporation; Target Corporation**
  [✓] Does 1 _____ to 21 _____
  a. [✓] who breached an implied warranty
  b. [ ] who breached an express warranty which was
      [ ] written   [ ] oral

Prod. L-7. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
  [ ] listed in Attachment-Prod. L-7  [✓] as follows:
  **TBD**

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

EXHIBIT A - 000012

| | Reserved for Clerk's File Stamp |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF ALAMEDA** | **FILED**<br>Superior Court of California<br>County of Alameda<br>**10/07/2022**<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: _____A. Linhares_____ Deputy |
| COURTHOUSE ADDRESS:<br>Hayward Hall of Justice<br>24405 Amador Street, Hayward, CA 94544 | |
| PLAINTIFF(S):<br>Kim Christiansen | |
| DEFENDANT(S):<br>Kimberly-Clark Corporation et al | |
| **NOTICE OF CASE ASSIGNMENT** | CASE NUMBER:<br>22CV019279 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

| | |
|---|---|
| ASSIGNED JUDGE: | Dennis Hayashi |
| DEPARTMENT: | 518 |
| LOCATION: | Hayward Hall of Justice<br>24405 Amador Street, Hayward, CA 94544 |
| PHONE NUMBER: | (510) 690-2727 |
| FAX NUMBER: | |
| EMAIL ADDRESS: | Dept518@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedures section 170.6 must be exercised within the time period by law. (See Code of Civ. Proc. §§ 170.6, subd. (a.)(2) and 101.3)

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording. Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

GENERAL PROCEDURES

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the Rene C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544 and through Civil e-filing. Information regarding Civil e-filing can be found on the courts website. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

**ASSIGNED FOR ALL PURPOSES TO**
**JUDGE** Dennis Hayashi
**DEPARTMENT** 518

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processed (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days." The court's website contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

COURT RESERVATIONS

The use of the Court Reservation System (CRS) is now mandated in many civil courtrooms within the Alameda County Superior Court. Instead of calling or emailing the courtroom to make a reservation, parties with a case assigned to a courtroom using CRS are directed to utilize CRS to make and manage their own reservations, within parameters set by the courtrooms. CRS is available 24 hours a day, seven days a week and reservations can be made from a computer or smart phone. Please note, you are prohibited from reserving more than one hearing date for the same motion.

Prior to scheduling any motion on CRS, including any Applications for Orders for Appearance and Examination, or continuing any motion, please review the online information (if any) for the courtroom in which you are reserving. There may be specific and important conditions associated with certain motions and proceedings. Information is available on the court's eCourt Public Portal at www.eportal.alameda.courts.ca.gov.

Chad Finke, Executive Officer / Clerk of the Court

By   A. Linhares, Deputy Clerk

| SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Hayward Hall of Justice<br>24405 Amador Street, Hayward, CA 94544 | **FILED**<br>Superior Court of California<br>County of Alameda<br>10/07/2022<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: A. Linhares, Deputy |
| PLAINTIFF:<br>Kim Christiansen | |
| DEFENDANT:<br>Kimberly-Clark Corporation et al | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>22CV019279 |

TO THE PLAINTIFF(S)/ATTORNY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)).

Give notice of this conference to all other parties and file proof of service.

Your Case Management Conference has been scheduled on:

> Date: 02/22/2023    Time: 2:30 PM    Dept.: 518
> Location: Hayward Hall of Justice
> 24405 Amador Street, Hayward, CA 94544

TO DEFENDANT(S)/ATTORNEY(S) FOR DEFENDANT(S) OF RECORD:

The setting of the Case Management Conference does not exempt the defendant from filing a responsive pleading as required by law, you must respond as stated on the summons.

TO ALL PARTIES who have appeared before the date of the conference must:

Pursuant to California Rules of Court, 3.725, a completed Case Management Statement (Judicial Council form CM-110) must be filed and served at least 15 calendar days before the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record.

**Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724.

**Post jury fees** as required by Code of Civil Procedure section 631.

If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

The judge may place a Tentative Case Management Order in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the court's eCourt Public Portal for each assigned department's procedures regarding tentative case management orders at https://eportal.alameda.courts.ca.gov.

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA CIV-100 [Rev. 10/2021]

**NOTICE OF
CASE MANAGEMENT CONFERENCE**

EXHIBIT A - 000015

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Hayward Hall of Justice<br>24405 Amador Street, Hayward, CA 94544 | **FILED**<br>Superior Court of California<br>County of Alameda<br>10/07/2022<br>Chad Finke, Executive Officer/Clerk of the Court<br>By: _____A. Linhares_____ Deputy |
| PLAINTIFF/PETITIONER:<br>Kim Christiansen | |
| DEFENDANT/RESPONDENT:<br>Kimberly-Clark Corporation et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>22CV019279 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Scott Michael Harris
Harris Law, APLC
4300 Black Ave. 1750
Pleasanton, CA 94566

Chad Finke, Executive Officer / Clerk of the Court

Dated: 10/10/2022                     By:

A. Linhares, Deputy Clerk

**CERTIFICATE OF MAILING**

EXHIBIT A - 000016

**- DO NOT FILE WITH THE COURT-**        **CIV-050**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Scott M. Harris 220906 <br> Harris Law, A Professional Law Corporation <br> 4695 Chabot Drive, Suite 200 <br> Pleasanton CA 94588 <br><br> TELEPHONE NO.: 925-426-2379 <br> ATTORNEY FOR (name): Kim Christiansen | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda <br> STREET ADDRESS: 24405 Amador Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Hayward 94544 <br> BRANCH NAME: Hayward Hall of Justice | |
| PLAINTIFF: Kim Christiansen <br> DEFENDANT: Kimberly-Clark Corporation; Target Corporation | |
| **STATEMENT OF DAMAGES** <br> (Personal Injury or Wrongful Death) | CASE NUMBER: <br> 22CV019279 |

To (name of one defendant only): Kimberly-Clark Corporation; Target Corporation
Plaintiff (name of one plaintiff only): Kim Christiansen
seeks damages in the above-entitled action, as follows:

                                                                                                                                                                **AMOUNT**

1. **General damages**
   a. [✔] Pain, suffering, and inconvenience ............................................................. $ 500,000
   b. [✔] Emotional distress. ........................................................................... $ 500,000
   c. [ ] Loss of consortium ........................................................................... $
   d. [ ] Loss of sociey and companionship (wrongful death actions only) .............................. $
   e. [ ] Other (specify) _____ $
   f. [ ] Other (specify) _____ $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [✔] Medical expenses (to date) ..................................................................... $ TBD
   b. [✔] Future medical expenses (present value) ..................................................... $ TBD
   c. [✔] Loss of earnings (to date) ..................................................................... $ TBD
   d. [✔] Loss of future earning capacity (present value) .............................................. $ TBD
   e. [ ] Property damage ............................................................................. $
   f. [ ] Funeral expenses (wrongful death actions only) .............................................. $
   g. [ ] Future contributions (present value) (wrongful death actions only) .......................... $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ............... $
   i. [ ] Other (specify) _____ $
   j. [ ] Other (specify) _____ $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
        when pursuing a judgment in the suit filed against you.

Date: 02/07/23

Scott M. Harris                                         ▶        /s/ Scott M. Harris
_____                           _____
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                      Page 1 of 2

Form Adopted for Mandatory Use               **STATEMENT OF DAMAGES**               Code of Civil Procedure, §§ 425.11; 425.115
Judicial Council of California                    (Personal Injury or Wrongful Death)                      www.courts.ca.gov
CIV-050 [Rev. January 1, 2007]

EXHIBIT A - 000017

CIV-050

| PLAINTIFF: Kim Christiansen | CASE NUMBER: |
| DEFENDANT: Kimberly-Clark Corporation; Target Corporation | 22CV020999 |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages  ☐ Other  *(specify):*
   b. on *(name):*
   c. by serving ☐ defendant  ☐ other  *(name and title or relationship to person served):*
   d. ☐ by delivery  ☐ at home  ☐ at business
      (1) date:
      (2) time:
      (3) address:
   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

Date:

▶ _____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]   **PROOF OF SERVICE (Statement of Damages)**   Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115

EXHIBIT A - 000018