# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM CHRISTIANSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>KIMBERLY-CLARK CORPORATION, et al.,<br><br>        Defendants. | Case No. 23-cv-01095-JST<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF Nos. 10, 11 |

Defendants Kimberly-Clark Corporation and Target Corporation each filed motions to dismiss the complaint on March 17, 2023.  ECF Nos. 10, 11.  Plaintiff's opposition to these motions was due on March 31, 2023.

As of April 12, 2023, Plaintiff has not filed an opposition to either of the motions to dismiss.  The Court orders Plaintiff to show cause, in writing, by April 26, 2023, why this action should not be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  April 13, 2023



JON S. TIGAR
United States District Judge